UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GERALDINE BURKE, <br><br> Plaintiff, <br><br> v. <br><br> PROFESSIONAL TRANSPORTATION, INC., <br><br> Defendant. | CASE NO. C18-0081JLR <br><br> ORDER STRIKING MOTION TO COMPEL |

Before the court is Plaintiff Geraldine Burke's motion to compel discovery. (Mot. (Dkt # 34).) The court STRIKES the motion without prejudice to refiling in conformity with the Federal Rules of Civil Procedure, the court's Local Civil Rules, and the court's prior orders in this matter.

First, Ms. Burke filed her motion without initially requesting a conference with the court. (*See* Dkt.) The motion therefore contravenes the court's April 9, 2018, scheduling order. (*See* Sched. Order (Dkt. # 15) at 2 (citing Fed. R. Civ. P. 16(b)(3)(B)(v))

("[P]ursuant to Federal Rule of Civil Procedure 16, the Court 'direct[s] that before moving for an order relating to discovery, the movant must request a conference with the court' by notifying [the courtroom deputy] . . . ." (second alteration in original))); *see also* Fed. R. Civ. P. 16(b)(3)(B)(v) (permitting the court, in its scheduling order, to "direct that before moving for an order relating to discovery, the movant must request a conference with the court").

Second, the court's scheduling order set a deadline of January 25, 2019, for the filing of all motions related to discovery. (*See* Sched. Order at 2.) Therefore, to file such a motion after this deadline, Ms. Burke must first demonstrate good cause for modifying the court's scheduling order and seek the court's consent. *See* Fed. R. Civ. P. 16(b)(4) ("A schedule may be modified only for good cause and with the judge's consent.") Ms. Burke has done neither here. (*See generally* Dkt.; *see also* Mot.) The court therefore STRIKES Ms. Burke's motion to compel discovery (Dkt. # 34) without prejudice to renewing the motion in a manner that comports with the Federal Rules of Civil Procedure, the court's Local Civil Rules, and prior orders of this court.

Dated this 8th day of March, 2019.

JAMES L. ROBART
United States District Judge