1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GERALDINE BURKE, an individual,

Plaintiff,

vs.

PROFESSIONAL TRANSPORTATION, INC.,
an Indiana corporation,

Defendant.

Case No.: 2:18-cv-00081-JLR

[PROPOSED] ORDER
GRANTING JOINT MOTION
TO FILE CONFIDENTIAL
SETTLEMENT AGREEMENT
UNDER SEAL

THIS MATTER came before the Court on the Joint Motion to File Confidential Settlement Agreement Under Seal. The Court, for cause shown, grants the Motion.

IT IS HEREBY ORDERED that the Joint Motion to File Confidential Settlement Agreement Under Seal has been granted. The Court directs Defendant Professional Transportation, Inc. to file the Confidential Settlement Agreement under seal for the Court's review. The Confidential Settlement Agreement shall remain permanently under seal after this case has been dismissed.

DATED this 24th day of July, 2019.

_____
THE HONORABLE JUDGE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING JOINT
MOTION TO FILE CONFIDENTIAL
SETTLEMENT AGREEMENT UNDER SEAL - 1

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

1

2    Presented by:

3    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

4    By: *s/ Adam T. Pankratz*
          Adam T. Pankratz, WSBA #50951
5         adam.pankratz@ogletree.com
          Sonja Fritts, WSBA #29097
6         sonja.fritts@ogletree.com
7         1201 Third Avenue, Suite 5150
          Seattle, WA 98101
8         Telephone: (206) 693-7057
          Facsimile: (206) 693-7058
9

10   By: *s/ Christopher C. Murray*
          Christopher C. Murray (admitted *pro hac vice*)
11        christopher.murray@ogletree.com
          Michelle R. Maslowski (admitted *pro hac vice*)
12        michelle.maslowski@ogletree.com
          111 Monument Circle, Suite 4600
13        Indianapolis, IN  46204
          Telephone: (317) 916-1300
14        Facsimile: (317) 916-9076

15
          Attorneys for Defendant
16

17   Approved as to Content; Presentation Waived:

18   ROCKE | LAW Group, PLLC

19   By: *s/ Peter V. Montine*
          Aaron V. Rocke, WSBA #31525
20        aaron@rockelaw.com
          Peter V. Montine, WSBA #49815
21        peter@rockelaw.com
          101 Yesler Way, Suite 603
22        Seattle, WA 98104
          Telephone: (206) 652-8670
23        Facsimile: (206) 452-5895

24
          Attorneys for Plaintiff
25

26                                                          39363566.1