THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GERALDINE BURKE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PROFESSIONAL TRANSPORTATION, INC., an Indiana corporation,<br><br>Defendant. | Case No.: 2:18-cv-00081-JLR<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR APPROVAL OF CONFIDENTIAL SETTLEMENT OF FLSA CLAIMS AND FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE |

THIS MATTER HAVING COME BEFORE THE COURT upon the joint motion of the parties for approval of the settlement of this matter, and the Court having reviewed, in chambers, the Stipulated Motion for Approval of Confidential Settlement of FLSA Claims and for Dismissal of All Claims With Prejudice and the Settlement Agreement and General Release ("Settlement Agreement"), which compromises and releases claims under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, among others, and the Court being familiar with the facts, legal issues and procedural history, and finding that the settlement is the result of contested litigation between the parties, and represents a fair and reasonable resolution of a *bona fide* dispute, and for good cause shown,

IT IS HEREBY ORDERED that the Settlement Agreement and the settlement be and hereby are approved.

[PROPOSED] ORDER GRANTING STIPULATED
MOTION FOR APPROVAL OF CONFIDENTIAL
SETTLEMENT OF FLSA CLAIMS - 1
(CASE NO. 2:18-cv-00081-JLR)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

DATED this 24th day of July, 2019.

_____
THE HONORABLE JUDGE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: *s/ Adam T. Pankratz*
   Adam T. Pankratz, WSBA #50951
   adam.pankratz@ogletree.com
   Sonja Fritts, WSBA #29097
   sonja.fritts@ogletree.com
   1201 Third Avenue, Suite 5150
   Seattle, WA 98101
   Telephone: (206) 693-7057
   Facsimile: (206) 693-7058

By: *s/ Christopher C. Murray*
   Christopher C. Murray (admitted *pro hac vice*)
   christopher.murray@ogletree.com
   Michelle R. Maslowski (admitted *pro hac vice*)
   michelle.maslowski@ogletree.com
   111 Monument Circle, Suite 4600
   Indianapolis, IN 46204
   Telephone: (317) 916-1300
   Facsimile: (317) 916-9076

   Attorneys for Defendant

Approved as to Content; Presentation Waived:

ROCKE | LAW Group, PLLC

By: *s/ Peter V. Montine*
   Aaron V. Rocke, WSBA #31525
   aaron@rockelaw.com
   Peter V. Montine, WSBA #49815
   peter@rockelaw.com
   101 Yesler Way, Suite 603
   Seattle, WA 98104
   Telephone: (206) 652-8670
   Facsimile: (206) 452-5895

   Attorneys for Plaintiff

39363681.1

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR APPROVAL OF CONFIDENTIAL SETTLEMENT OF FLSA CLAIMS - 2
(CASE NO. 2:18-cv-00081-JLR)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058